```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARCIA RAFTER,                                              :
                                                            :      ORDER OF DISMISSAL
                        Plaintiff,                          :
                                                            :      12 Civ. 727 (LAP)
        -against-                                           :
                                                            :
RACHEL SELIGMAN WEISS, ET AL.,                              :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

  By Order dated March 1, 2012, Plaintiff was directed to pay the $350.00 filing fee to this Court within thirty (30) days.  On July 25, 2012, the Order was returned to the Court with a notation on the envelope indicating that the post office was unable to forward the mail from the P.O. Box stated in Plaintiff's Complaint.  Plaintiff has not complied with the Court's Order, has failed to notify the Court of a change of mailing address and has not initiated any further contact with the Court, written or otherwise.  Accordingly, Plaintiff's Complaint is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to comply with the Court's Order.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

  SO ORDERED:

                  *Loretta A. Preska*
                 LORETTA A. PRESKA
                Chief United States District Judge

Dated:  August 15, 2012
    New York, New York